UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Madeline Cox Arleo, |
| | : | U.S.D.J. |
| v. | : | |
| | : | Crim. No. 19-862(MCA) |
| SHAKA MCKINNEY | : | |
| | : | PRELIMINARY ORDER OF |
| | : | FORFEITURE |
| | : | (FINAL AS TO DEFENDANT) |

WHEREAS, on November 26, 2019, defendant Shaka McKinney pleaded guilty to an Information charging defendant Shaka McKinney with possession of a firearm by a convicted felon, in violation of 18 U.S.C. § 922(g)(1);

WHEREAS, pursuant to Title 18 United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), defendant Shaka McKinney shall forfeit and abandon to federal, state, and/or local law enforcement all rights, title, and interest in one 9mm Luger Model L9NN semi-automatic pistol, bearing serial number L118876, loaded with eight rounds of ammunition named in the forfeiture allegation of the Information (collectively the "Firearm and ammunition");

WHEREAS, defendant Shaka McKinney specifically acknowledges notice of the criminal forfeiture, consents to the entry of a Final Order of Forfeiture, and waives his right to be present and heard on the timing and form of this order pursuant to Federal Rules of Criminal Procedure 32.2 and 43(a); and

WHEREAS, defendant Shaka McKinney agrees not to contest the forfeiture of the Firearm and ammunition;

WHEREAS, by virtue of the above, the United States is now entitled to possession of the Firearm and ammunition pursuant to Title 18 United States Code, Section 924(d)(1), Title 28, United States Code, Section 2461(c) and Rule 32.2 of the Federal Rules of Criminal Procedure;

WHEREAS, defendant Shaka McKinney waives and abandons all right, title, and interest in the Firearm and ammunition listed above and further waives, releases, and withdraws any claim that defendant may have made with respect to the Firearm and ammunition and waives and releases any claim that the defendant might otherwise have made to the Firearm and ammunition in the future;

WHEREAS, Rule G(4)(a)(i)(A) provides that notice need not be published if the forfeited property is worth less than $1,000;

WHEREAS, the Firearm and ammunition is believed to have a value of less than $1,000;

WHEREAS, defendant Shaka McKinney consents to the destruction of the Firearm and ammunition; and

WHEREAS, no other person, other than defendant Shaka McKinney, has any right, title, or interest in the Firearm and ammunition.

It is therefore hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. A Final Order of Forfeiture is entered pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), and the property, one 9mm Luger Model L9NN semi-automatic pistol, bearing serial number L118876, loaded with eight (8) rounds of ammunition (hereinafter,

the "Firearm and ammunition"), is hereby forfeited to the United States of America, and no right, title or interest in such property shall exist in any other person.

2. The federal agency in possession of the Firearm and ammunition in its discretion may destroy or cause the destruction of the Firearm and ammunition.

3. This Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

ORDERED this 4 day of Dec , 2019.

Hon. Madeline Cox Arleo, U.S.D.J.

The undersigned hereby consent to
the entry and form of this order:

CRAIG CARPENITO
United States Attorney

By: ANGELICA M. SINOPOLE
Assistant United States Attorney

Dated:

ANGELO SERVIDIO, ESQ.
Attorney for Defendant, Shaka McKinney

Dated: 11-26-19